1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ALBN 4305-O78T)
   Chief, Tax Division
3  MICHAEL G. PITMAN (DCBN 484164)
   Assistant United States Attorney, Tax Division
4  450 Golden Gate Ave., Box 36055
   San Francisco, CA 94102
5  Telephone:   (415) 436-6475
   Facsimile:   (415) 436-7009
6  Email: michael.pitman@usdoj.gov

7  Attorneys for the United States of America

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  United States of America,            Case No. C 12 5175

12        Petitioner,                    [PROPOSED] ORDER TO SHOW
                                         CAUSE WHY INTERNAL REVENUE
13        v.                             SERVICE SUMMONS SHOULD NOT
                                         BE ENFORCED
14  Joseph R. Snider,

15        Respondent.

16

17       Upon consideration of the United States' Petition to Enforce Internal Revenue Summons

18  and the Declaration in support thereof, the Court finds that the United States has established a

19  *prima facie* case under *United States v. Powell*, 379 U.S. 48 (1964) for enforcement of the

20  Internal Revenue Service summons at issue. Accordingly, IT IS HEREBY ORDERED that

21  Respondent Joseph R. Snider appear before the undersigned United States Magistrate Judge, on

22  the 6th day of December, 2012, at 10:00 a.m./p.m., in Courtroom No. B, 15th Floor,

23  United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and

24  there show cause, if any, why Respondent should not be compelled to appear and provide

documents and testimony as required by the summons.

It is further ORDERED that:

1. A copy of this Order, together with the Petition to Enforce Internal Revenue Service Summons and supporting papers, shall be served upon Respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five days before the date set for the show-cause hearing;

2. Since the Petition to Enforce Internal Revenue Summons and supporting papers make a *prima facie* showing that the IRS investigation is being conducted for a legitimate purpose, that the inquiry may be relevant to that purpose, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Internal Revenue Code have been followed, *see United States v. Powell*, 379 U.S. 48 (1964), the burden has shifted to Respondent to oppose enforcement of the summons;

3. If Respondent has any defense to present or opposition to the Petition, such defense or opposition shall be made in writing, filed with the Clerk and served on counsel for the United States, at least 21 days prior to the date set for the show-cause hearing. The United States may file a reply memorandum to any opposition at least 5 court days prior to the date set for the show-cause hearing.

4. At the show-cause hearing, the Court will consider all issues raised by Respondent. Only those issues brought into controversy by the responsive pleadings and supported by an affidavit or declaration will be considered. Any uncontested allegation in the Petition will be considered admitted.

1  ORDERED this <u>19th</u> day of <u>October</u>, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Maria-Elena James

[PROPOSED] ORDER TO SHOW CAUSE
WHY INTERNAL REVENUE SERVICE SUMMONS
SHOULD NOT BE ENFORCED

3