MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney, Tax Division
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone:     (415) 436-6475
Facsimile:      (415) 436-7009
Email: michael.pitman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| United States of America, | Case No. 4:12-cv-05175-PJH |
| Petitioner, | [~~PROPOSED~~] ORDER ADOPTING REPORT AND RECOMMENDATION TO ENFORCE IRS SUMMONS |
| v. | |
| Joseph R. Snider, | |
| Respondent. | |

On December 10, 2012, the Honorable Magistrate Judge Maria Elena-James made a Report and Recommendation to enforce the IRS Summons as requested in the Petition. *See* Doc. # 8. The Report found that the government had carried its "slight" burden to show that the Summons: (1) was issued for a legitimate purpose; (2) seeks information relevant to that purpose; (3) seeks information that is not already in the IRS's possession; and (4) satisfies all of the administrative steps set forth in the Internal Revenue Code. *United States v. Powell*, 379 U.S. 48, 57-58 (1964).

1  This matter was transferred to the undersigned on December 11, 2012.  Respondent
2 Joseph R. Snider has made no appearance, and filed no objections to the Report within the time
3 allowed under 28 U.S.C. § 636(b)(1).  The Court has reviewed Magistrate Judge James' Report
4 and Recommendation, and finds the Report correct, well-reasoned and thorough, and adopts it in
5 every respect.  Accordingly, the Petition is GRANTED.  The Court orders Respondent Joseph R.
6 Snider to appear before Revenue Agent Meiling Yang, or any other designated Revenue Agent,
7 on February 1, 2012, at 10 a.m., at the Offices of the Internal Revenue Service located at 1900
8 O'Farrell Street, Suite 200, San Mateo, CA, 94403, to provide the testimony and produce the
9 documents and records requested by the Summons.  Petitioner shall serve this Order and a copy
10 of the Summons on Respondent Joseph R. Snider, and file proof of service with the Court, within
11 three days of the date of this Order.

13 Dated January  8 , 2013



_____
PHYLLIS J. HAMILTON
United States District Judge

Respectfully submitted,

MELINDA HAAG
United States Attorney

s/ Michael G. Pitman
MICHAEL G. PITMAN
Assistant United States Attorney, Tax Division

Attorneys for the United States of America